JS-6

Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTIN WILLIAMS,

PLAINTIFF(S)

v.

CITY OF ALHAMBRA, ET AL.,

DEFENDANT(S).

CASE NUMBER

CV 08-00962-MMM(VBKx)

**JUDGMENT ON THE VERDICT
FOR DEFENDANT(S)**

        This action having been tried before the Court sitting with a jury, the Honorable Margaret M. Morrow ,
District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

        IT IS ORDERED AND ADJUDGED that the plaintiff(s):

MARTIN WILLIAMS

take nothing; that the  action be dismissed on the  merits; and that the defendant(s):

recover of the plaintiff(s) its costs of action, taxed in the sum of _____ .

Clerk, U. S. District Court

Dated: 3/13/09

By ANEL HUERTA

Deputy Clerk

At: _____

cc:     Counsel of record